# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| OREGONIANS FOR FLOODPLAIN PROTECTION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF COMMERCE, et al., <br><br> Defendants. | Case No. 3:25-cv-00521-SI |

**JOINT MOTION TO STAY PROCEEDINGS
AND CONSOLIDATED MEMORANDUM IN SUPPORT THEREOF
EXPEDITED HEARING REQUESTED**

Defendants U.S. Department of Commerce, Howard Lutnick, in his official capacity, National Marine Fisheries Service ("NMFS"), Eugenio Piñeiro Soler[1], in his official capacity, U.S. Department of Homeland Security, Kristi Noem, in her official capacity, Federal Emergency Management Agency ("FEMA"), and David Richardson[2], in his official capacity, and Plaintiffs Oregonians for Floodplain Protection and National Association of Home Builders of the United States ("Plaintiffs"), by and through counsel, jointly move the Court for a stay of proceedings in this case to and including July 29, 2025, including a continuance of the May 29, 2025, hearing currently scheduled pursuant to the Court's Scheduling Order filed May 4, 2025 (ECF No. 46), and a continuance of all deadlines set forth in the Scheduling Order filed April 24, 2025 (ECF No. 48), allowing the parties to discuss options which may resolve the matter without further

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Assistant Administrator for Fisheries Eugenio Piñeiro Soler is automatically substituted for Emily Menashes.

[2] Pursuant to Federal Rule of Civil Procedure 25(d), Senior Official Performing the Duties of FEMA Administrator David Richardson is automatically substituted for Cameron Hamilton.

litigation. Defendants and Plaintiffs respectfully request expedited consideration of this motion. In support of this motion, Federal Defendants and Plaintiffs state as follows:

1. Plaintiffs commenced this action on January 6, 2025 (ECF No. 1) and filed a motion for preliminary injunction on January 7, 2025) (ECF No. 4).

2. The requested stay of litigation will enable Federal Defendants and Plaintiffs to discuss options for resolving the matter without further litigation and will therefore serve judicial economy.

3. The requested stay of litigation and continuance of pending litigation deadlines will also promote the efficient and orderly disposition of this matter, including by ensuring that any further briefing or argument presented by the Federal Defendants to this Court will reflect the views of current agency leadership following the change in Administration on January 20, 2025. *See, e.g., Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936) (Courts have inherent powers "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (noting courts' inherent authority to "manage [their] own affairs so as to achieve the orderly and expeditious disposition of cases").

4. Undersigned counsel have conferred with counsel for Defendant-intervenors, who authorized undersigned counsel to represent that "Defendant-intervenors oppose a stay of the proceedings because expeditious resolution of this case on the merits facilitates FEMA's ability to comply with the ESA." Defendant-intervenors do not oppose expedited consideration of this motion.

For the foregoing reasons, Federal Defendants respectfully request the Court to stay this case for 60 days, to and including July 29, 2025. If Federal Defendants and Plaintiffs are unable

to reach a resolution of this matter before July 29, 2025, the parties will confer and file either a proposed schedule for further proceedings or a request for a further stay of litigation. Federal Defendants and Plaintiffs agree that either party may move to lift the stay at any time.

Respectfully submitted this 20th day of May 2025,

    VAN NESS FELDMAN, LLP

    */s/ Molly Lawrence*
    Molly Lawrence, WA Bar No. 28236
    D.D.C. Bar No. WA0003
    Sophia E. Amberson, WA Bar No. 52528
    (*admitted Pro Hac Vice*)
    1191 Second Avenue
    Suite 1800
    Seattle, WA 98101
    Tel.: 206.623.9372
    Email: mol@vnf.com
    samberson@vnf.com

    Tyson C. Kade, DC Bar No. 1018014
    (*admitted Pro Hac Vice*)
    2000 Pennsylvania Avenue, NW
    Suite 6000
    Washington, DC 20006
    Tel.: 202.298.1800
    Email: tck@vnf.com
    *Attorneys for Plaintiff*

    ADAM R.F. GUSTAFSON
    Acting Assistant Attorney General
    United States Department of Justice
    Environment & Natural Resources Division

    */s/ Mark Arthur Brown*
    MARK ARTHUR BROWN, Senior Trial Attorney
    D.C. Bar No. 470050
    Wildlife and Marine Resources Section
    4 Constitution Square
    150 M Street, N.E.
    Washington, D.C. 20002
    Phone: (202) 305-0204
    mark.brown@usdoj.gov

KRYSTAL-ROSE PEREZ, Trial Attorney
TX Bar No. 24105931
Natural Resources Section
150 M Street NE
Washington, D.C. 20002
Phone: (202) 305-0486
krystal-rose.perez@usdoj.gov

LAWRENCE K. PITTMAN, Trial Attorney
GA Bar. No. 568134
Natural Resources Section
150 M Street NE
Washington, D.C. 20002
Phone: (202)-305-0420
Fax: (202) 305-0275
Lawrence.pittman@usdoj.gov
*Counsel for Defendants*