# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| OREGONIANS FOR FLOODPLAIN PROTECTION, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 3:25-cv-00521-SI |
| | ) |
| U.S. DEPARTMENT OF COMMERCE, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

## JOINT STATUS REPORT

Defendants U.S. Department of Commerce, Howard Lutnick, in his official capacity, National Marine Fisheries Service, Eugenio Piñeiro Soler, in his official capacity, U.S. Department of Homeland Security, Kristi Noem, in her official capacity, Federal Emergency Management Agency, and David Richardson, in his official capacity (collectively "Federal Defendants"), and Plaintiffs Oregonians for Floodplain Protection and National Association of Home Builders of the United States ("Plaintiffs"), by and through counsel, state as follows in response to the Court's Order dated May 21, 2025 (ECF No. 50):

1. Federal Defendants and Plaintiffs continue to discuss options for resolving this matter without further litigation.

2. Federal Defendants and Plaintiffs jointly request the Court to continue the stay in this case for three months, through and including October 31, 2025.

3. Undersigned counsel conferred with counsel for Intervenor Defendants. Intervenor Defendants take no position on the request for a continuance of the stay.

Respectfully submitted this 1st day of August 2025,

        VAN NESS FELDMAN, LLP

        */s/ Molly Lawrence*
        Molly Lawrence, WA Bar No. 28236
        D.D.C. Bar No. WA0003
        Sophia E. Amberson, WA Bar No. 52528
        (*admitted Pro Hac Vice*)
        1191 Second Avenue
        Suite 1800
        Seattle, WA 98101
        Tel.: 206.623.9372
        Email: mol@vnf.com
        samberson@vnf.com

        Tyson C. Kade, DC Bar No. 1018014
        (*admitted Pro Hac Vice*)
        2000 Pennsylvania Avenue, NW
        Suite 6000
        Washington, DC 20006
        Tel.: 202.298.1800
        Email: tck@vnf.com
        *Attorneys for Plaintiff*

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division

        */s/ Mark Arthur Brown*
        MARK ARTHUR BROWN, Senior Trial Attorney
        D.C. Bar No. 470050
        Wildlife and Marine Resources Section
        4 Constitution Square
        150 M Street, N.E.
        Washington, D.C. 20002
        Phone: (202) 305-0204
        mark.brown@usdoj.gov

        KRYSTAL-ROSE PEREZ, Trial Attorney
        TX Bar No. 24105931
        Natural Resources Section
        150 M Street NE
        Washington, D.C. 20002
        Phone: (202) 305-0486

krystal-rose.perez@usdoj.gov

LAWRENCE K. PITTMAN, Trial Attorney
GA Bar. No. 568134
Natural Resources Section
150 M Street NE
Washington, D.C. 20002
Phone: (202)-305-0420
Fax: (202) 305-0275
Lawrence.pittman@usdoj.gov
*Counsel for Defendants*

3