**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

| | | |
|---|---|---|
| OREGONIANS FOR FLOODPLAIN PROTECTION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE, et al.,<br><br>Defendants,<br><br>NORTHWEST ENVIRONMENTAL DEFENSE CENTER, et al.,<br><br>Defendant-Intervenors. | ) | Case No. 3:25-cv-00521-SI |

**<u>JOINT STATUS REPORT</u>**

Defendants U.S. Department of Commerce, Howard Lutnick, in his official capacity, National Marine Fisheries Service, Eugenio Piñeiro Soler, in his official capacity, U.S. Department of Homeland Security, Markwayne Mullin, in his official capacity, Federal Emergency Management Agency ("FEMA"), and Cameron Hamilton[1], in his official capacity (collectively "Federal Defendants"), and Plaintiffs Oregonians for Floodplain Protection and National Association of Home Builders of the United States ("Plaintiffs"), by and through counsel, state as follows pursuant to the Court's Scheduling Order (Dkt. No. 68):

1. Federal Defendants and Plaintiffs continue to discuss options for resolving this matter without further litigation.

[1] Pursuant to Federal Rule of Civil Procedure 25(d), FEMA Administrator Cameron Hamilton is automatically substituted for Robert J. Fenton Jr.

2. Federal Defendants and Plaintiffs jointly request the Court to continue the stay in this case until January 25, 2027.

3. Undersigned counsel conferred with counsel for Intervenor Defendants. Intervenor Defendants take no position on the request for a continuance of the stay.

Respectfully submitted this 27th day of October 2027,

VAN NESS FELDMAN, LLP

*/s/ Molly Lawrence*
Molly Lawrence, WA Bar No. 28236
D.D.C. Bar No. WA0003
Sophia E. Amberson, WA Bar No. 52528
(*admitted Pro Hac Vice*)
1191 Second Avenue
Suite 1800
Seattle, WA 98101
Tel.: 206.623.9372
Email: mol@vnf.com
samberson@vnf.com

Tyson C. Kade, DC Bar No. 1018014
(*admitted Pro Hac Vice)*
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Tel.: 202.298.1800
Email: tck@vnf.com
*Attorneys for Plaintiff*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Energy & Natural Resources Division

*/s/ Mark Arthur Brown*
MARK ARTHUR BROWN, Senior Trial Attorney
D.C. Bar No. 470050
Wildlife and Marine Resources Section
4 Constitution Square
150 M Street, N.E.
Washington, D.C. 20002
Phone: (202) 532-3103

mark.brown@usdoj.gov

KRYSTAL-ROSE PEREZ, Trial Attorney
TX Bar No. 24105931
Natural Resources Section
150 M Street NE
Washington, D.C. 20002
Phone: (202) 532-3266pitt
krystal-rose.perez@usdoj.gov
*Counsel for Defendants*